IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
APR 1 4 2011
IN THIS OFFICE
Clerk U. S. District Court
Greensboro N. C.
By _____

ANGELA BACHMAN, Personal          )
Representative of the Estate of   )
Jeffrey Bachman,                  )
                Plaintiff,        )
        v.                        )          1:10 CV 263
                                  )
TOYOTA MOTOR COMPANY, and         )
TOYOTA MOTOR SALES, USA., INC.    )
                Defendants.       )

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the

court in accordance with 28 U.S.C. § 636(b) and, on October 27, 2010, was served

on the parties in this action.   Plaintiff objected to the Recommendation.

The court has reviewed the portions of the Magistrate Judge's report to which

objection was made and has made a de novo determination which is in accord with

the Magistrate Judge's report.   The court accepts and adopts the Magistrate Judge's

recommendation in full.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss [Docket No. 5 ] is

Granted and the Plaintiff's complaint [Docket No. 3 ] be, and the same is hereby,

**DISMISSED.**   A Judgment dismissing this action will be entered contemporaneously

with this Order.

This the 14ᵗʰ day of April, 2011.

_____
United States District Judge